■ The People of the State of New York, Respondent, v Raymond Clemons, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered November 7, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree and criminal possession of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ The People of the State of New York, Respondent, v Kenneth B. Rouse, Appellant. [895 NYS2d 924]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered March 3, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree and attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.